IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,

        Plaintiff,                      No. CIV S-10-2955 MCE DAD P

    vs.

ASSOC. WARDEN BUSINESS SERVICE, et al.,

        Defendants.             <u>ORDER</u>

/

        On May 10, 2011, the court issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to file an amended complaint. Plaintiff has filed objections to those findings and recommendations indicating that he still wishes to proceed with this action.

        Good cause appearing, the court will vacate its findings and recommendations and grant plaintiff an additional thirty days to file an amended complaint. Plaintiff is cautioned that his failure to do so will result in a recommendation that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The court's May 10, 2011 findings and recommendations are vacated;

        2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint; and

1                3. The Clerk of the Court is directed to send plaintiff the court's form for filing a
2  civil rights action.

3  DATED: July 5, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9
   over2955.36amd